UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN WEESE, et al.,

    Plaintiffs,

v.

KALAMAZOO METRO TRANSIT, et al.,

    Defendants.

_____/

Case No. 1:17-CV-1011

HON. JANET T. NEFF

## ORDER

This is a civil action filed by *pro se* litigants. On December 4, 2017, the Magistrate Judge issued a Report and Recommendation, recommending that Plaintiffs' complaint be dismissed for failure to state a claim upon which relief may be granted, and that an appeal of this matter would not be taken in good faith. The Report and Recommendation was duly served on Plaintiffs. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 8) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED for failure to state a claim.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: December 22, 2017              /s/ Janet T. Neff
                                      JANET T. NEFF
                                      United States District Judge